### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTER DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VENCO BUILDERS, INC., | : | |
|     Plaintiff, | : | No. 25-cv-5896-JMY |
| | : | |
| vs. | : | |
| | : | |
| NAUTILUS INSURANCE COMPANY, | : | |
| CARITAS CONSTRUCTION, CARITAS | : | |
| MANAGEMENT, LLC, GY POPLAR B | : | |
| DEVELOPMENT AND JMR | : | |
| IRONWORKS, LLC. | : | |
|     Defendants. | : | |

### ORDER

**AND NOW**, this 23rd day of January 2026, upon consideration of the Motion for Leave to File an Amended Complaint (ECF No. 16), and all papers submitted in support thereof and in opposition thereto, it is hereby **ORDERED** that said Motion is **GRANTED** for the reasons set forth in the accompanying Memorandum filed by the Court along with this Order – the Clerk of Court is **DIRECTED** to file/docket a copy of the Amended Complaint attached to Plaintiff's Motion at electronic filing number 16-4, pages 12–28, Exhibit E.

It is further **ORDERED** that in accordance with the Court's Memorandum, the Motion to Remand (ECF No. 8) filed by Plaintiff will be **GRANTED** as follows – the above-captioned lawsuit will be remanded to the Philadelphia Court of Common Pleas.

The Clerk of Court is **DIRECTED** to mark this matter **CLOSED**.

                                                    **BY THE COURT**:

                                                   /s/ John Milton Younge
                                                  Judge John Milton Younge